IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ONEIL SMITH,

        Petitioner,

v.                                                                              4:06cv576-WS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING,
DAVID HARVEY, and the
DEPARTMENT OF HOMELAND SECURITY,

        Respondents.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 25) docketed October 25, 2007.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied for lack of merit.

On November 15, 2007, the petitioner's copy of the report and recommendation was returned to the clerk's office as undeliverable.  See Doc. 26.  Although it is his responsibility to do so, the petitioner has not provided the court with a current address.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 25) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   27th   day of   November  , 2007.

        s/ William Stafford  
        WILLIAM STAFFORD  
        SENIOR UNITED STATES DISTRICT JUDGE